FILED

Luis Garcia

1  Name: Marra Alegandra Rosald

2  Address: 1524 w 206TH st #77.

3  Torrance California 90501

2024 JUN 17  PM 2:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

4  Phone: (310) 507-4451                    BY____

5  Fax: ____

6  In Pro Per

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

9

10  Maira Alegandra Rosales          CASE NUMBER: **CV24·5095-SPG** (PDx)

11  Luis Garcia —

12                          Plaintiff    Complaint

13  v.

14  STARBFANO LLC.

15                          Defendant(s).    ( Enter document title in the space provided above)

16

17  I'm Marra Aleganelva Rorales. and Luis

18  Garcia. Declaren under Law all proper

19  an legal and True.

20

21  Luis Garcia

22  Room 310

23

24  Los pApe les Son OriGiNales y Vaunos

25

26

27

28

_Page Number_

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT